UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARINA CRUZ ALANIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-417** |
| **SCOTT LADWIG,** *in his official capacity as Acting Field Office Director, New Orleans Field Office, U.S. Immigration and Customs Enforcement*, **ET AL.** | **SECTION: "P" (5)** |

## TEMPORARY RESTRAINING ORDER

Before the Court is the Motion for Temporary Restraining Order and Stay under 5 U.S.C. § 705 filed by Plaintiff Marina Cruz Alanis.[1]

Plaintiff moves this Court pursuant to Rule 65(b) of the Federal Rules of Civil Procedure and 5 U.S.C. § 705, the Administrative Procedure Act, for a Temporary Restraining Order and stay of unlawful agency action to preserve the status quo by (1) staying rescission of the interdepartmental agreement mandating biometrics collection of detained noncitizens by Immigration and Customs Enforcement, (2) compelling defendants to transport Ms. Cruz to her March 4, 2026 biometrics appointment at the United States Citizenship and Immigration Services Application Support Center in Jackson, Mississippi, or to arrange an alternative means of biometrics collection sufficient to permit adjudication of her pending application for lawful permanent residence, and (3) enjoining defendants from transferring Ms. Cruz outside the jurisdiction of this district pending resolution of this action, save to her biometrics appointment, so as to preserve her ability to attend her March 4, 2026 biometrics appointment.[2]

This Order addresses only the third request. Plaintiff asks this Court to enjoin the Respondents from transferring her outside of this Court's jurisdiction pending resolution of this

---

[1] R. Doc. 3.
[2] *Id.*

action in order to prevent Respondents from mooting Plaintiff's ability to attend her March 4, 2026 biometrics appointment and from mooting this Court's jurisdiction. Plaintiff is currently detained at Richwood Correctional Center in Monroe, Louisiana, under the jurisdiction of the New Orleans ICE Field Office, headquartered in this district. The Jackson, Mississippi USCIS Office, where Plaintiff's March 4, 2026 biometrics appointment will be held, is approximately 120 miles away. Plaintiff contends that if ICE transfers her to a remote detention facility out of state or elsewhere before March 4, her ability to attend the appointment would be lost regardless of any other relief this Court might grant. And if Plaintiff is unable to attend her March 4 biometrics appointment, Plaintiff contends USCIS will deem her application for permanent residence abandoned, and she will face removal from the United States.

The Court finds that Plaintiff will suffer immediate and irreparable harm if she is transferred to a facility outside of the jurisdiction of the New Orleans ICE Field Office before the Court is able, at least, to address the merits of her remaining requests for injunctive relief. Indeed, if Plaintiff is transferred to a location that makes it impossible to grant the other injunctive relief Plaintiff requests—namely, transfer to her March 4, 2026 biometrics appointment at the United States Citizenship and Immigration Services Application Support Center in Jackson, Mississippi—then Plaintiff will suffer irreparable harm in the form of USCIS deeming her application for permanent residence abandoned. The Court therefore issues this temporary restraining order, pursuant to Federal Rule of Civil Procedure 65(b), to preserve Plaintiff's ability to attend her March 4, 2026 biometrics appointment while the Court considers the propriety of Plaintiff's request to be transported to said appointment.

In the instant motion, Counsel for Plaintiff states they have provided notice of the motion "by email to the attorneys at the U.S. Department of Justice who have appeared in related

immigration matters in this District."[3] Counsel for Plaintiff also states that Defendants' counsel was provided with a copy of the Complaint filed in this matter. If Plaintiff is transferred to a facility outside of the jurisdiction of the New Orleans ICE Field Office anytime between now and her March 4 biometrics appointment, she will suffer irreparable injury, for the reasons stated above. Accordingly, although the adverse party has not yet been heard in opposition, the Court finds the limited relief granted in this Order appropriate.[4] For these reasons,

**IT IS ORDERED** that Defendants, Scott Ladwig, in his official capacity as Acting Field Office Director, New Orleans Field Office, U.S. Immigration and Customs Enforcement; Todd Lyons, in his official capacity as Senior Official Performing the Duties of Director of U.S. Immigration and Customs Enforcement; Joseph B. Edlow, in his official capacity as Director of United States Immigration and Citizenship Services; Kristi Noem, in her official capacity as Secretary, U.S. Department of Homeland Security, are hereby **RESTRAINED** from transferring Plaintiff Marina Cruz Alanis (A#208-304-467) to a facility outside of the jurisdiction of the New Orleans ICE Field Office until after the Court determines whether to grant Plaintiff's remaining requests for injunctive relief.

**IT IS FURTHER ORDERED** that Counsel for Plaintiff shall provide actual notice of this Order to Defendants (or to other persons who would be bound by this Order under Rule 65(d)(2) of the Federal Rules of Civil Procedure) in order to effectuate the binding nature of this Order.

**IT IS FURTHER ORDERED** that the Court will hold a **telephone status conference** on **Monday, March 2, 2026, at 9:30 a.m.** to discuss Plaintiff's remaining requests for injunctive relief and potential next steps in this case. Though Counsel for Defendants have not yet made an appearance in this case, they are invited and encouraged to participate in the telephone conference.

---

[3] R. Doc. 3-1 at 3.
[4] *See* Fed. R. Civ. P. 65(b)(1).

To participate in the conference, Counsel shall call in promptly at 9:25 a.m. using the phone number and Guest ID provided below.

- <u>Phone Number</u>: 571-353-2301
- <u>Guest ID:</u> 515773125

New Orleans, Louisiana, this 27th day of February 2026.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**