MINUTE ENTRY
PAPILLION, J.
MARCH 2, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARINA CRUZ ALANIS | CIVIL ACTION |
| VERSUS | NO. 26-417 |
| SCOTT LADWIG, ET AL. | SECTION P(5) |

JUDGE DARREL JAMES PAPILLION, PRESIDING

| | |
|---|---|
| CASE MANAGER: | Cherice Suer/Jennifer Schouest Limjuco |
| COURT REPORTER: | Karen Ibos |
| APPEARANCES BY: | Malcolm C. Lloyd, Anthony Enriquez, Nora S. Ahmed, for Plaintiff |
| | Peter M. Mansfield, for Defendants |

**MOTION HEARING**
Court begins at 2:00 p.m.
All counsel present via videoconference and ready to proceed.
A settlement was reached and the material terms were memorialized on the record.
Matter adjourned at 2:13 p.m.

*/s/ Darrel James Papillion*

JS-10: 00:13