UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Marina CRUZ ALANIS

          *Plaintiff*,

vs.

Scott LADWIG, et al.

          *Defendants*.

Case No. 2:26-cv-00417

**Judge Darrel James Papillion**

**Magistrate Judge Michael North**

### ORDER DISSOLVING TEMPORARY RESTRAINING ORDER AND DISMISSING CASE

Considering the foregoing joint motion (R. Doc. 13), IT IS ORDERED that:

1. The Temporary Restraining Order entered at ECF No. 12 is DISSOLVED.

2. The complaint at ECF No. 1 is DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs.

DATED this 6h day of March 2026.

_____
DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE